Lena Rodeghier, appellee, v. Metropolitan Life Insurance Company, appellant. Gen. No. 39,551.

Opinion filed March 11, 1938.
Hoyne, O'Connor & Rubinkam, for appellant; Nathaniel Rubinkam and William S. Allen, of counsel. Sissman & Sissman and Harold Epstein, for appellee; Peter Sissman, of counsel.
Mr. Justice Scanlan delivered the opinion of the court.

Milton M. Maremont, appellee, v. Lawyers Mutual Benefit Association, appellant. Gen. No. 39,817.

Opinion filed March 11, 1938.
Bennett & Colbach, for appellant. Rabens, Waldman & Perlman (George C. Rabens), for appellee; Preston Clark, of counsel.
Mr. Justice Scanlan delivered the opinion of the court.

Sally Chain Stores, Inc. et al., appellees, v. Bernard Adlerblum and Bertha Adlerblum, appellants. Gen. No. 39,876.

Opinion filed March 11, 1938. Rehearing denied March 30, 1938.
Krinsky, Levitan & Glassner, for appellants; Harry H. Krinsky and Moses Levitan, of counsel. Poppenhusen, Johnson, Thompson & Raymond, for appellee Sally Chain Stores, Inc.; Frederick Mayer, of counsel. McInerney, Epstein & Arvey, for other appellees; Louis M. Mantynband, George L. Siegel and Leonard R. Hartenfeld of counsel.
Mr. Justice Scanlan delivered the opinion of the court.

Homer Puckett, appellee, v. American Life of Illinois, appellant. Gen. No. 39,899.

Opinion filed March 11, 1938.
Musgrave, Oppenheim, Price & Ewins, for appellant. No appearance for appellee.
Mr. Justice Scanlan delivered the opinion of the court.